Eugene B. Elliot, State Bar No. 111475
Nicole L. Phillips, State Bar No. 306686
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA ENTERTAINMENT MANAGEMENT CORPORATION dba ALAMEDA THEATRE; ALAMEDA ENTERTAINMENT ASSOCIATES, L.P. dba ALAMEDA THEATRE; CITY OF ALAMEDA, <br><br> Defendant. | Case No. 4:17-cv-02867-HSG <br><br> **STIPULATION TO CONTINUE JOINT SITE INSPECTION DEADLINE; ORDER** <br><br><br><br><br><br><br><br> **Hon. Haywood S. Gilliam, Jr.** |

Defendants CITY OF ALAMEDA (the "CITY"), ALAMEDA ENTERTAINMENT MANAGEMENT CORPORATION dba ALAMEDA THEATRE and ALAMEDA ENTERTAINMENT ASSOCIATES, L.P. dba ALAMEDA THEATRE ("ALAMEDA THEATRE"), and plaintiff ALBERT DYTCH ("Plaintiff," and together with the CITY and ALAMEDA THEATRE, "the Parties") by and through their respective attorneys of record, hereby stipulate as follows:

1. The joint site inspection was to be completed by August 31, 2017, as required under General Order 56 ¶4 and this Court's Scheduling Order (Dkt. 4).

2. The CITY's engineering expert is unavailable to attend the site inspection until September

2017.

3. The Parties have agreed to extend the Joint Site inspection deadline for forty-five (45) dates.

4. The parties therefore have jointly stipulated to extend the Joint Site Inspection deadline from August 31, 2017, to October 15, 2017.

Dated: August 23, 2017                MISSION LAW FIRM, A.P.C.


By:   */s/ Zachary Best*
   Zachary M. Best
   Attorneys for Plaintiff
   ALBERT DYTCH

Dated: August 23, 2017                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Nicole Philips*
   Eugene B. Elliot
   Nicole L. Phillips
   Attorneys for Defendant
   CITY OF ALAMEDA

Dated: August 23, 2017


By:   */s/ Gene LaFollette*
   Gene LaFollette
   Attorneys for Defendants
   ALAMEDA ENTERTAINMENT MANAGEMENT
   CORPORATION dba ALAMEDA THEATRE;
   ALAMEDA ENTERTAINMENT ASSOCIATES,
   L.P. dba ALAMEDA THEATRE

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all parties to show their signature on this document as /s/.

Dated: August 23, 2017

By: _____*/s/ Nicole Phillips*_____
Nicole L. Phillips

### **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Site Inspection required by this Court's Scheduling Order and General Order 56 shall take place no later than October 15, 2017.

**IT IS SO ORDERED.**

Dated: August 24, 2017

*[signature]*
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE